UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO FREEMAN ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-0012 |
| ) | Judge Trauger |
| ERIC QUALLS, et al. ) | |
|     Defendants. ) | |

**O R D E R**

The Court has before it defendants' Motion for Summary Judgment (Docket Entry No. 16), plaintiff's Response to the Motion for Summary Judgment (Docket Entry No. 29), a Report and Recommendation (Docket Entry No. 42) from the Magistrate Judge addressing the Motion for Summary Judgment, plaintiff's timely objections (Docket Entry No. 45) to the Report and Recommendation, and defendants' Reply (Docket Entry No. 46) to the plaintiff's objections.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the plaintiff's objections lack merit. Therefore, the plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects and the defendants' Motion for Summary Judgment is GRANTED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge