## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO L. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0012 |
| | ) | Judge Trauger |
| ERIC QUALLS, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

On February 12, 2014, the Magistrate Judge issued a Report and Recommendation, recommending that the Motion to Dismiss filed by defendants Qualls and Stafford (Docket No. 38) be granted. (Docket No. 52) The plaintiff was granted an extension of time until March 21, 2014 within which to file objections to this Report and Recommendation (Docket No. 56). He now files a Second Motion For Extension of Time, requesting a new deadline of April 7, 2014 within which to object to the Report and Recommendation. (Docket No. 62)

The motion for extension of time is **GRANTED** only as to the portion of the Report and Recommendation that recommends that the plaintiff's Motion to Amend (Docket No. 47) be granted. The plaintiff's papers in no way indicate grounds for objecting to the ruling on the Motion to Dismiss against defendants Qualls and Stafford, and the Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court as to that motion.

For the reasons expressed in the Report and Recommendation, the Motion to Dismiss

1

filed by defendants Qualls and Stafford (Docket No. 38) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the plaintiff is granted an extension of time until April 7, 2014 in order to object to the recommended ruling as to his Motion to Amend (Docket No. 47).

It is so **ORDERED**.

ENTER this 24th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge